**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

WAJDAN MOHAMMAD AND FERYAL MOHAMMAD,

    Plaintiffs,

vs.

CITIBANK, N.A.,

    Defendant.
_____/

CASE NO.: 1:18-cv-23332-JEM

**PLAINTIFF'S NOTICE OF SETTLEMENT**

**COME NOW**, Plaintiffs, Wajdan Mohammad and Feryal Mohammad ("Plaintiffs"), by and through undersigned counsel, and hereby file this Notice of Settlement and state that Plaintiffs and Defendant, Citibank, N.A., have come to an amicable settlement agreement.

Date: **October 11, 2018**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of October, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following party:

    Citibank, N.A.
    388 Greenwich St.
    New York, NY 10013

    /s/ Christopher W. Boss
    Christopher W. Boss, Esq.
    FL Bar No.: 13183
    **BOSS LAW**
    cpservice@bosslegal.com
    9887 4th Street N., Suite 202
    St. Petersburg, FL 33702
    Phone: (727) 471-0039
    Fax: (888) 449-8792
    Counsel for Plaintiff