**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

WAJDAN MOHAMMAD AND FERYAL MOHAMMAD,

    Plaintiffs,

vs.

CITIBANK, N.A.,

    Defendant.
_____/

CASE NO.: 1:18-cv-23332-JEM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, FERYAL MOHAMMAD and WAJDAN MOHAMMAD, hereby dismiss the above-entitled action and all claims asserted in the action against Defendant, CITIBANK, N.A., with prejudice. The parties agree to bear their own fees and costs.

Respectfully Submitted,

*/s/ Christopher W. Boss*
Christopher W. Boss, Esq.
Florida Bar No.: 13183
BOSS LAW
Email: cpservice@bosslegal.com
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Telephone: (727) 471-0039
Facsimile: (888) 449-8792
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 8th day of November, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following party:

    Citibank, N.A.
    388 Greenwich St.
    New York, NY 10013

                                        /s/ Christopher W. Boss
                                        Christopher W. Boss, Esq.
                                        FL Bar No.: 13183