UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-23332-CIV-MARTINEZ-OTAZO-REYES

FERYAL MOHAMMAD AND WAJDAN MOHAMMAD,

    Plaintiffs,

vs.

CITIBANK, N.A.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiffs' Stipulation of Dismissal with Prejudice [ECF No. 11]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. All parties agree to bear their own fees and costs It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of November, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record